ADR

E-FILING

ORIGINAL FILED

AUG 2 7 2007

RICHARD W. ~~~~~NG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  GARY R. BASHAM (SBN 130119)
   SHANNA M. McDANIEL (SBN 229249)
2  BASHAM PARKER LLP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone: (916) 925-5850
4  Facsimile: (916) 925-5854

5  Attorneys for Defendants
   RADIOSHACK CORPORATION
6

7

8              UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  EISHA UR-RAHMAN,                    C 07      Case No. 04427      PVT

12              Plaintiff,              **NOTICE OF REMOVAL OF CIVIL
                                        ACTION TO THE UNITED STATES
13      v.                              DISTRICT COURT FOR THE
                                        NORTHERN DISTRICT OF
14  RADIOSHACK CORPORATION, and DOES 1  CALIFORNIA PURSUANT TO 28
    to 50 inclusive,                    U.S.C. §§ 1332(a) AND
15                                       1441(a)(DIVERSITY)**
                Defendants.
16

17                                      Trial Date:       None set
                                        Complaint Filed:  May 18, 2007
18

19          TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

20  NORTHERN DISTRICT OF CALIFORNIA:

21          PLEASE TAKE NOTICE that Defendant RADIOSHACK CORPROATION.

22  ("Defendant"), a Delaware corporation, hereby removes the above-entitled action to this Court

23  from the Superior Court of the State of California, County of Santa Clara. The grounds for the

24  removal are as follows:

25          1.      On May 18, 2007, an action was filed in the Superior Court of the State of

26  California, in and for the County of Santa Clara, entitled Eisha Ur-Rahman vs.  Radioshack

27  Corporation, and Does 1-50, designated as case number 107CV086180. A true and correct copy

28  of Plaintiff's complaint is attached hereto as **Exhibit A** and incorporated herein by this reference.

---

Notice of Removal of Civil Action to the United States
District Court for the Northern District of California          1          Case No. _____

2.     The complaint purports to allege a cause of action against Defendant for wrongful termination. In her Complaint, Plaintiff does not allege an amount in controversy.

3.     On June 22, 2007, Defendant was personally served with a copy of the Complaint. A true and correct copy of the Summons is attached hereto as **Exhibit B** and incorporated herein by this reference.

4.     On July 17, 2007 Defendant filed its Answer to Plaintiff's unverified complaint, a true and correct copy of which is attached hereto as **Exhibit C** and incorporated herein by this reference.

5.     On July 17, 2007, Defendant served its Request for Statement of Damages, a true and correct copy of which is attached hereto as **Exhibit D** and incorporated herein by reference.

6.     On August 14, 2007, Plaintiff served her response to Defendant's Request for Statement of Damages, a true and correct copy of which is attached hereto as **Exhibit E** and incorporated herein by reference. The response alleges damages for pain and suffering of $100,000, emotional distress damages of $100,000, loss of earnings to date of $22,500, and punitive damages in the amount of $1,000,000.

7.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332(a) and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. sections 1441(a) and 1446 in that it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

8.     Defendant is informed and believes and thereon alleges that Plaintiff was and still is a citizen of the State of California.

9.     Defendant was at the time of filing this action and still is a corporation formed under the laws of the State of Delaware, and having its principal place of business in the State of Texas.

/ / /

/ / /

10.    The only other defendants named in Plaintiff's complaint are fictitious parties identified as "Does 1-50," whose citizenship shall be disregarded for the purpose of removal. (28 U.S.C. §1441(a).)

11.    This Notice of Removal is filed within thirty (30) days after Defendant was served with Plaintiff's response to Defendant's Request for Statement of Damages, which first established diversity jurisdiction by satisfying the amount in controversy requirement.    This Notice is therefore filed within the time period provided by 28 U.S.C. section 1446(b).

13.    Venue lies in the United States District Court for the Northern District of California pursuant to 28 U.S.C. Sections 1391(a) and 1441(a) because the state action was filed in this District and this is the judicial district in which the action arose.

WHEREFORE Defendant prays that the above-action now pending against it in the Superior Court of the State of California, County of Santa Clara, be removed from there to this Court.

Date: August 22, 2007

BASHAM PARKER LLP

By: _____
GARY R. BASHAM
SHANNA M. McDANIEL

Attorneys for Defendant
RADIOSHACK CORPORATION

## PROOF OF SERVICE

I, the undersigned declare:

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 701 University Avenue, Suite 220, Sacramento, CA 95825.

On August 24, 2007, I served the within:

**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(a)(DIVERSITY)**

___√___      by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Basham Parker LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.

_____      by depositing a true copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Basham Parker LLP for collection, addressed as set forth below.

_____      by sending a copy by facsimile to the person(s) at the address(s) and facsimile number(s) set forth below.

### *Attorney for Plaintiff:*

PETER N. LAMBERTO
LAMBERTO & KREGER
160 WEST SANTA CLARA, SUITE 1050
SAN JOSE, CALIFORNIA 95113-2311
TEL: (408) 999-0300
FAX: (408) 999-0301

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 24, 20077, at Sacramento, California.

_____
Carol Philip

# EXHIBIT A

1  GARY R. BASHAM (SBN 130119)
   SHANNA M. McDANIEL (SBN 229249)
2  BASHAM PARKER LLP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 925-5850
4  Facsimile:  (916) 925-5854

5  Attorneys for Defendants
   RADIOSHACK CORPORATION

ENDORSED

2007 JUL 20 ℗ 2: 19
G. Duarte

KIRI TOREE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY:_____
DEPUTY CLERK

6

7

8                 SUPERIOR COURT FO THE STATE OF CALIFORNIA

9                        COUNTY OF SANTA CLARA

10

11  EISHA UR-RAHMAN,                    Case No. 107CV086180

12           Plaintiff,                 DEFENDANT RADIOSHACK
                                        CORPORATION'S ANSWER TO
13       v.                             PLAINTIFF'S UNVERIFIED
                                        COMPLAINT FOR DAMAGES FOR
    RADIOSHACK CORPORATION, and DOES 1  WRONGFUL TERMINATION
14  to 50 inclusive,

15           Defendants.

16                                      Trial Date:      None set
                                        Complaint Filed: May 18, 2007
17

18         Defendant RADIOSHACK CORPORATION ("Defendant") hereby answers

19  Plaintiff EISHA UR-RAHMAN ("Plaintiff") unverified Complaint, without waiving its right to

20  remove this case to federal court, as follows:

21                         GENERAL DENIAL

22         Pursuant to Code of Civil Procedure section 431.30(d), Defendant denies,

23  generally and specifically, each and every allegation contained in Plaintiff's unverified

24  Complaint.

25  ///

26  ///

27  ///

28  ///

Defendant RadioShack Corporation's Answer to
Plaintiff's Unverified Complaint For Damages for
Wrongful Termination                       1                    Case No. 107CV086180

## AFFIRMATIVE DEFENSES

By way of affirmative defense to the allegations of the Complaint herein, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint as a whole, and each purported Cause of Action alleged therein, fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's purported claims for emotional distress damages are barred because the exclusive remedy for Plaintiff's alleged emotional distress and other injuries, if any, is before the California Workers' Compensation Appeals Board pursuant to the exclusive remedy provisions of the California Workers' Compensation Act (see California Labor Code section 3600 et seq). Plaintiff's Complaint alleges an injury compensable under the California Workers' Compensation Act because Plaintiff alleges that her injuries: (1) occurred at a time when both Plaintiff and Defendant were subject to Labor Code section 3600(a); (2) occurred in the course of and incidental to her employment; and (3) were proximately caused by the employment.

### THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that the Complaint, and each purported cause of action alleged therein, is barred by the doctrine of after-acquired evidence, or the doctrine of after-acquired evidence limits and reduces Plaintiff's alleged damages.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiff is barred from recovering any damages for lost wages, or any recovery for lost wages must be reduced, by virtue of Plaintiff's failure to exercise reasonable diligence to mitigate her alleged damages.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each purported cause of action alleged therein, is barred because Plaintiff is estopped by her own conduct to claim any right to damages or any relief against Defendant.

Defendant RadioShack Corporation's Answer to
Plaintiff's Unverified Complaint For Damages for
Wrongful Termination                                        2                    Case No. 107CV086180

1

### SIXTH AFFIRMATIVE DEFENSE

2

Plaintiff's Complaint, and each purported cause of action therein is barred by the

3

doctrine of laches.

4

### SEVENTH AFFIRMATIVE DEFENSE

5

Defendant is relieved of any liability whatsoever as to Plaintiff's causes of action

6

because any unlawful conduct alleged against its current and/or former employees occurred

7

outside the course and scope of their employment.

8

### EIGHTH AFFIRMATIVE DEFENSE

9

The injuries which Plaintiff alleges in her Complaint, and each cause of action

10

thereof, if they exist at all, resulted from a cause or causes not proximately related to any act or

11

omission by Defendant.

12

### NINTH AFFIRMATIVE DEFENSE

13

Defendant is relieved of any liability whatsoever as to Plaintiff's claims for

14

damages set forth in the Complaint to the extent Plaintiff seeks redress for physical and emotional

15

injuries arising from preexisting physical or mental conditions.

16

### TENTH AFFIRMATIVE DEFENSE

17

Plaintiff comes to this Court with unclean hands, and is, therefore, barred from

18

recovery under this Complaint, or any cause of action thereof.

19

### ELEVENTH AFFIRMATIVE DEFENSE

20

Plaintiff's Complaint, and each purported cause of action alleged therein, is barred

21

by the doctrine of waiver.

22

### TWELFTH AFFIRMATIVE DEFENSE

23

The Complaint, and each purported cause of action alleged therein, fails to state a

24

cause or causes of action for punitive damages against Defendant under California Civil Code

25

sections 3294 and 3295.

26

### THIRTEENTH AFFIRMATIVE DEFENSE

27

The Complaint, and each and purported cause of action alleged therein, fails to

28

state a cause or causes of action for attorneys' fees against Defendant.

Defendant RadioShack Corporation's Answer to
Plaintiff's Unverified Complaint For Damages for
Wrongful Termination                3                Case No. 107CV086180

1

## FOURTEENTH AFFIRMATIVE DEFENSE

2    Plaintiff's purported First Cause of Action are barred in whole or in part by the

3 statute of limitations contained in California Government Code sections 12900 et seq.

4

## FIFTEENTH AFFIRMATIVE DEFENSE

5    Plaintiff's purported First Cause of Action is barred in whole or in part because

6 Plaintiff failed to exhaust her administrative remedies under the California Fair Employment and

7 Housing Act, Government Code sections 12900 et seq.

8

## SIXTEENTH AFFIRMATIVE DEFENSE

9    Plaintiff's purported First Cause of Action is barred because any and all actions

10 taken by Defendant with respect to Plaintiff were taken in good faith for legitimate, non-

11 discriminatory reasons.

12

## SEVENTEENTH AFFIRMATIVE DEFENSE

13    The Complaint, and each purported cause of action alleged therein, fails to state a

14 cause or causes of action for punitive damages against Defendant because any alleged

15 discriminatory or retaliatory conduct by Defendant's employees (which Defendant denies) was

16 contrary to Defendant's anti-discrimination and anti-retaliation policies, which Defendant

17 implemented in good faith and fairly and adequately enforced.

18

## EIGHTEENTH AFFIRMATIVE DEFENSE

19    Any recovery on Plaintiff's Complaint and each purported cause of action alleged

20 therein must be barred or reduced to the extent that Plaintiff did not exercise reasonable care and

21 failed to take advantage of, and exhaust, the preventive or corrective opportunities provided by

22 Defendant. Defendant has exercised reasonable care to prevent and correct promptly any acts of

23 discrimination, harassment and retaliation. Defendant maintains and enforces policies prohibiting

24 discrimination, harassment and retaliation of and against its employees. These policies encourage

25 employees to come forward with complaints of harassment, discrimination and retaliation and

26 provides for discipline (including termination) of any employee (including supervisors) found to

27 have violated Defendant's policies prohibiting discrimination, harassment and retaliation.

28

---

Defendant RadioShack Corporation's Answer to
Plaintiff's Unverified Complaint For Damages for
Wrongful Termination     4     Case No. 107CV086180

1

<u>NINETEENTH AFFIRMATIVE DEFENSE</u>

2

Because the Complaint is couched in conclusory terms, Defendant cannot fully

3

anticipate all defenses that may be applicable to the within action.  Accordingly, the right to assert

4

additional defenses, if and to the extent that such defenses are applicable, is hereby reserved.

5

WHEREFORE, Defendant prays for judgment as follows:

6

1.    That Plaintiff take nothing by her Complaint;

7

2.    That the Complaint be dismissed in its entirety with prejudice;

8

3.    That Plaintiff be denied each and every demand and prayer for relief contained in

9

the Complaint;

10

4.    For cost of suits incurred herein, including reasonable attorneys' fees; and

11

5.    For such other and further relief as the Court deems just and equitable.

12

13

Date:  July 17, 2007                          BASHAM PARKER LLP

14

15

By: _____

16

GARY R. BASHAM
SHANNA M. McDANIEL

17

Attorneys for Defendant

18

RADIOSHACK CORPORATION

19

20

21

22

23

24

25

26

27

28

Defendant RadioShack Corporation's Answer to
Plaintiff's Unverified Complaint For Damages for
Wrongful Termination                              5                    Case No. 107CV086180

1

## PROOF OF SERVICE

2

I, the undersigned declare:

3

ENDORSED

4

I am employed in the County of Sacramento, State of California. I am over the

2007 JUL 20 P 2: 19

5

age of eighteen years and not a party to the within action; my business address is 701 University

6

Avenue, Suite 220, Sacramento, CA 95825.

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY:_____

7

On July 17, 2007, I served the within:

G. Duarte

8
9

## DEFENDANT RADIOSHACK CORPORATION'S ANSWER TO
PLAINTIFF'S UNVERIFIED COMPLAINT

10
11
12

___✓___        by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Basham Parker LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.

13
14
15

_____    by depositing a true copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Basham Parker LLP for collection, addressed as set forth below.

16
17

_____    by sending a copy by facsimile to the person(s) at the address(s) and facsimile number(s) set forth below.

18

**_Attorney for Plaintiff:_**

19
20
21

PETER N. LAMBERTO
LAMBERTO & KREGER
160 WEST SANTA CLARA, SUITE 1050
SAN JOSE, CALIFORNIA 95113-2311
TEL: (408) 999-0300
FAX: (408) 999-0301

22
23

I declare under penalty of perjury under the laws of the State of California that the

24

foregoing is true and correct, and that this declaration was executed on July 17, 20077, at

Sacramento, California.

25
26

_____
Carol Philip

27
28

Defendant RadioShack Corporation's Answer to
Plaintiff's Unverified Complaint For Damages for
Wrongful Termination                    6                    Case No. 107CV086180

# EXHIBIT B

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
RadioShack Corporation, Does 1-50

**YOU ARE BEING SUED BY PLAINTIFF:.**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Eisha Ur-Rahman

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED

2007 MAY 18 P 1: 51

KIRI TORRE CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA CALIFORNIA
BY _____ A. FLORESCA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Santa Clara County Superior Court
191 N. First St., San Jose, CA 95113

CASE NUMBER
*(Número del Caso)* 107CV086180

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Peter Lamberto    408 999-0300
160 W. Santa Clara St., #1050, San Jose, CA 95113

DATE: MAY 18 2007
*(Fecha)*

Clerk, by Kiri Torre Executive Officer/Clerk, A. FLORESCA Deputy
*(Secretario)*                                          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* RadioShack Corporation
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 6-02-07

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.  www.USCourtForms.com

# EXHIBIT C

1  PETER N. LAMBERTO, State Bar No. 061813
   LAMBERTO & KREGER
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiff Eisha Ur-Rahman
5

6

7

8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

9

10  EISHA UR-RAHMAN                          Case No. 107CV086180

11                 Plaintiff,                COMPLAINT FOR DAMAGES
                                             FOR  WRONGFUL
12  vs.                                      TERMINATION

13  RADIOSHACK CORPORATION, AND DOES
14  1-50,

15              Defendants.
                                        /
16
        Plaintiff EISHA UR-RAHMAN, a competent adult woman, alleges against
17
   Defendants, and each of them:
18
        1.  At all times relevant hereto, the actions about which plaintiff herein
19
   complains and alleges took place in Santa Clara County, CA, in the city of
20
   Santa Clara.
21
        2.  Defendant Radio Shack Corporation (hereafter Radio Shack) and Does
22
   1-10 are corporations or other business entities, forms unknown, that are
23
   qualified to do business and doing business in Santa Clara County. [illegible]
24
   employs regularly more than five persons.
25
        3.  At all times relevant hereto between October 2004 and March,
26
   2007, plaintiff was employed by defendant Radio Shack, most recently as a
27
   Area Recruiting Manager, working from a base in Santa Clara County.
28

Complaint for Damages

ENDORSED

2007 MAY 18  P 1: 51

[stamp: CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA]
BY _____
        DEPUTY
                        A. FLORESCA

1    4. Defendants, and each of them, are subject to suit under the California

2  Fair Employment and Housing Act, Government Code § 12900 *et seq.,* as an

3  employer who regularly employs five or more persons. Plaintiff has complied

4  with all claims or other requirements for filing a suit for wrongful termination,

5  and has received a "Right to Sue" letter from the California Department of Fair

6  Employment and Housing on or about May 1, 2007.

7                    <u>FIRST CAUSE OF ACTION</u>

8                    <u>WRONGFUL TERMINATION</u>

9    5. Plaintiff incorporates paragraphs 1 through 4 of the complaint as if

10  fully set forth at this place.

11    6. On or about March 1, 2007, plaintiff was laid off from her job by

12  defendants, and each of them, on the alleged basis of "need and geography."

13  At the time, plaintiff shared northern California responsibility with a male Area

14  Recruiting Manager. Upon inquiry from plaintiff, no one could explain to her

15  what "need and geography" meant, or how it formed a coherent basis for the

16  decision to terminate her employment with defendants.

17    7. Upon information and belief, Plaintiff was laid off for reason related to

18  her sex, female, because the defendants preferred a male in the position. At no

19  time was plaintiff told that the decision had been made on the basis of an

20  evaluation of their respective job performances.

21    8. The above recited actions of defendants, and each of them, were

22  done with malice, fraud, and oppression, and/or in reckless disregard of

23  Plaintiff's rights, in that the conduct of defendants, and each of them, was

24  based on reasons that the defendants knew, or should have known, were illegal

25  and despicable. Each defendant, with knowledge that the layoff was based on

26  plaintiff's sex, or some other form of illegal discrimination as yet unknown to

27  plaintiff, agreed to authorize, and did authorize, plaintiff's termination from

28  employment. Said actions amounted to despicable conduct by defendants, and

Complaint for Damages                - 2 -

1  each of them, as they were intended to inflict humiliation and injury upon

2  plaintiff.   Such malicious conduct by defendants, and each of them, entitles

3  plaintiff to exemplary damages against them according to proof.

4        12.  As a result of the wrongful termination of plaintiff by defendants,

5  and each of them, plaintiff suffered injury to her health, and suffered emotional

6  distress, humiliation, and embarrassment, all to her detriment and according to

7  proof.  She also suffered lost earnings and other benefits of employment

8  according to proof.

9        Wherefore, plaintiff prays judgment against defendants, and each of

10  them, as follows:

11       1.  For all actual, consequential, and incidental financial losses, including

12  but not limited to loss of earnings, employment benefits, and employment

13  opportunities, according to proof;

14       2.  For compensatory and general damages in an amount according to

15  proof;

16       3.  For exemplary and punitive damages;

17       4.  For statutory attorneys' fees and costs;

18       5.  For pre-judgment and post-judgment interest on all such amounts

19  according to any applicable provision of law, according to proof;

20       6.  For costs of suit;

21       7.  For such other and further relief as the court deems proper.

22

23  Dated: May 16, 2007                    LAMBERTO & KREGER

24

25                                   By: _____

26                                       PETER N. LAMBERTO
                                         Attorneys for Plaintiff

27

28

Complaint for Damages                  - 3 -

CALIFORNIA · STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
N. First Street, Suite 480, San Jose, CA 95131
325-0344 TTY (800) 700-2320 Fax (408) 325-0339
w.dfeh.ca.gov



May 1, 2007


PETER N. LAMBERTO
ATTORNEY AT LAW
LAW OFFICE OF PETER N. LAMBERTO & KREGER
160 W. SANTA CLARA, #1050
SAN JOSE, CA 95113

RE:    E200607G1076-00-fsc
       UR-RAHMAN/RADIOSHACK CORPORATION

Dear PETER N. LAMBERTO:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the
Department of Fair Employment and Housing (DFEH) has been closed effective
April 27, 2007 because an immediate right-to-sue notice was requested.  DFEH will take
no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the Fair
Employment and Housing Act against the person, employer, labor organization or
employment agency named in the above-referenced complaint.  The civil action must be
filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator


cc:    Case File


STEVE BUNKER
DIRECTOR, RETAIL H.R.
RADIOSHACK CORPORATION
300 RADIOSHACK CIRCLE
FORT WORTH, TX 76102

DFEH-200-43 (06/06)

# * * * EMPLOYMENT * * *

...LAINT OF DISCRIMINATION UNDER
...PROVISIONS OF THE CALIFORNIA
... EMPLOYMENT AND HOUSING ACT

DFEH # E200607-G-1076-00-fsc

DFEH USE.ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

...UR NAME (indicate Mr. or Ms.)    Ms. Eisha Ur-Rahman

TELEPHONE NUMBER (INCLUDE AREA CODE)    (408) 246-9181

ADDRESS    2200 Monroe Street #107

CITY/STATE/ZIP    Santa Clara, CA 95050    COUNTY    Santa Clara    COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME    Radioshack Corporation

TELEPHONE NUMBER (include Area Code)    (817) 415-3011

ADDRESS    300 Radioshack Circle

DFEH USE ONLY

CITY/STATE/ZIP    Fort Worth, TX 76102    COUNTY    COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)    DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)    RESPONDENT CODE

THE PARTICULARS ARE:

On   3-1-07   I was

- [ ] fired
- [X] laid off
- [ ] demoted
- [ ] harassed
- [ ] genetic characteristics testing
- [ ] forced to quit
- [ ] denied employment
- [ ] denied promotion
- [ ] denied transfer
- [ ] denied accommodation
- [ ] impermissible non-job-related inquiry
- [ ] other (specify)
- [ ] denied family or medical leave
- [ ] denied pregnancy leave
- [ ] denied equal pay
- [ ] denied right to wear pants
- [X] denied pregnancy accommodation

by   Steve Bunker    Director, Retail HR
     Name of Person       Job Title (supervisor/manager/personnel director/etc.)

because of my:
- [X] sex
- [ ] age
- [ ] religion
- [ ] race/color
- [ ] national origin/ancestry
- [ ] marital status
- [ ] sexual orientation
- [ ] association
- [ ] physical disability
- [ ] mental disability
- [ ] other (specify)
- [ ] cancer
- [ ] genetic characteristic
- [ ] (Circle one) filing;
Protesting; participating in investigation (retaliation for)

the reason given by   "Need and geography"
                      Name of Person and Job Title

Was because of
[please state
what you believe
to be reason(s)]

I took FMLA and have 2 small children

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated   3-12-07

At   San Jose
     City

COMPLAINANT'S SIGNATURE

DATE FILED: APR 27 2007

RECEIVED

APR 27 2007

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**EXHIBIT D**

1  GARY R. BASHAM (SBN 130119)
   SHANNA M. McDANIEL (SBN 229249)
2  BASHAM PARKER LLP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone: (916) 925-5850
4  Facsimile: (916) 925-5854

5  Attorneys for Defendants
   RADIOSHACK CORPORATION
6

7

8              SUPERIOR COURT FO THE STATE OF CALIFORNIA

9                        COUNTY OF SANTA CLARA

10

| | |
|---|---|
| 11  EISHA UR-RAHMAN, | Case No. 107CV086180 |
| 12  Plaintiff, | **DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES PURSUANT TO C.C.P. § 425.11** |
| 13  v. | **TO PLAINTIFF EISHA UR-RAHMAN** |
| 14  RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive, | Trial Date:  None set |
| 15  Defendants. | Complaint Filed:  May 18, 2007 |

16

17  **TO PLAINTIFF EISHA UR-RAHMAN AND HER ATTORNEY OF RECORD:**

18         Pursuant to § 425.11 of the Code of Civil Procedure, Defendants RADIOSHACK

19  CORPORATION, through its attorneys of record, hereby requests that you furnish a statement

20  setting forth the nature and amount of damages being sought in this action within the time and in

21  the manner required by law.

22  Dated: July 17, 2007

23                              BASHAM PARKER LLP

24                              By: _____

25                                   GARY R. BASHAM
                                     SHANNA M. MCDANIEL
26
                                  Attorneys for Defendant
27                                RADIOSHACK COPRORATION

28

## PROOF OF SERVICE

I, the undersigned declare:

I am employed in the County of Sacramento, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 701 University Avenue, Suite 220, Sacramento, CA 95825.

On July 17, 2007, I served the within:

**DEFENDANT'S REQUEST FOR STATEMENT OF DAMAGES PURSUANT TO C.C.P. § 425.11 TO PLAINTIFF EISHA UR-RAHMAN**

___√___       by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Basham Parker LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.

_____       by depositing a true copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Basham Parker LLP for collection, addressed as set forth below.

_____       by sending a copy by facsimile to the person(s) at the address(s) and facsimile number(s) set forth below.

***Attorney for Plaintiff:***

PETER N. LAMBERTO
LAMBERTO & KREGER
160 WEST SANTA CLARA, SUITE 1050
SAN JOSE, CALIFORNIA 95113-2311
TEL: (408) 999-0300
FAX: (408) 999-0301

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 17, 2007, at Sacramento, California.

_____
Carol Philip

**EXHIBIT E**

CIV-050

***- DO NOT FILE WITH THE COURT-***
***-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -***

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Peter Lamberto   61813<br>Lamberto & Kreger<br>160 W. Santa Clara St., #1050<br>San Jose, CA 95113<br>ATTORNEY FOR *(name)*:  Plaintiff Eisha Ur-Rahman | TELEPHONE NO.:<br>408 999-0300 | FOR COURT USE ONLY |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS:  191 N. First St.
MAILING ADDRESS:  San Jose, CA 95113
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:  Eisha Ur-Rahman
DEFENDANT:  Radioshack Corp.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>107CV086180 |
|---|---|

To *(name of one defendant only)*: Radioshack Corp.
Plaintiff *(name of one plaintiff only)*:
seeks damages in the above-entitled action, as follows:

**AMOUNT**

**1. General damages**

a. [✓]  Pain, suffering, and inconvenience ............................................................... $ 100,000

b. [✓]  Emotional distress. ............................................................... $ 100,000

c. [ ]  Loss of consortium ............................................................... $ _____

d. [ ]  Loss of society and companionship *(wrongful death actions only)* ............... $ _____

e. [ ]  Other *(specify)* ............................................................... $ _____

f. [ ]  Other *(specify)* ............................................................... $ _____

g. [ ]  Continued on Attachment 1.g.

**2. Special damages**

a. [ ]  Medical expenses *(to date)* ............................................................... $ _____

b. [✓]  Future medical expenses *(present value)* ......................................... $ unknown

c. [✓]  Loss of earnings *(to date)* ............................................................... $ 22,500

d. [ ]  Loss of future earning capacity *(present value)* ............................... $ _____

e. [ ]  Property damage ............................................................... $ _____

f. [ ]  Funeral expenses *(wrongful death actions only)* ............................... $ _____

g. [ ]  Future contributions *(present value)* *(wrongful death actions only)* ...... $ _____

h. [ ]  Value of personal service, advice, or training *(wrongful death actions only)* ...... $ _____

i. [ ]  Other *(specify)* ............................................................... $ _____

j. [ ]  Other *(specify)* ............................................................... $ _____

k. [ ]  Continued on Attachment 2.k.

**3.** [✓]  **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ 1,000,000
when pursuing a judgment in the suit filed against you.

Date:  August 14, 2007

Peter Lamberto
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause. My business address is 160 West Santa Clara, Suite 1050, San Jose, California 95113. On August 14, 2007, I caused to be served the attached **Statement of Damages** on the parties in said cause as follows:

Shanna M. McDaniel
Basham Parker LLP
701 University Ave., # 220
Sacramento, CA 95825

[ xx ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[    ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[    ]   (BY OVERNIGHT DELIVERY) I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[    ]   (BY FACSIMILE) I served the parties listed on the attached service list by facsimile on the fax numbers listed below each of the parties.

[ xx ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[    ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2007, at San Jose, California.

Peter Lamberto