PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

Attorneys for Plaintiff Eisha Ur-Rahman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN | Case No. C 07-04427 PVT |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| RADIOSHACK CORPORATION, AND DOES 1-50, | |
| Defendants. | |

Plaintiff/Claimant EISHA UR-RAHMAN hereby demands a jury trial in the above-entitled matter.

Dated: September 4, 2007        LAMBERTO & KREGER

By: _____
PETER N. LAMBERTO
Attorneys for Plaintiff Eisha Ur-Rahman