1  PETER N. LAMBERTO
   Lamberto & Kreger, LLP
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Fax: (408) 999-0301
4
   Attorney for Plaintiff
5  EISHA UR-RAHMAN

6  GARY R. BASHAM (SBN 130119)
   SHANNA M. McDANIEL (SBN 229249)
7  BASHAM PARKER LLP
   701 University Avenue, Suite 220
8  Sacramento, California 95825
   Telephone: (916) 925-5850
9  Facsimile: (916) 925-5854

10 Attorneys for Defendant
   RADIOSHACK CORPORATION
11

12

13                UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | EISHA UR-RAHMAN,                            | Case No. 5:07- cv - 04427 PVT
17 |         Plaintiff,                          | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
18 |   v.                                        |
19 | RADIOSHACK CORPORATION, and DOES 1          | Status Conference:
   | to 50 inclusive,                            | Date: December 4, 2007
20 |                                             | Time: 2:00PM
   |         Defendants.                         | Courtroom: 5
21

---

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**         1         Case No.  C 5:07- cv-04427 PVT

Counsel report that they have met and conferred regarding Alternative Dispute Resolution and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Private Mediation with provider to be determined upon further stipulation of the parties. The parties agree to hold the ADR session no later than 90 days prior to the final pre-trial conference.

Date: November 13, 2007   LAMBERTO & KREGER

By: _____
PETER N. LAMBERTO

Attorney for Plaintiff
EISHA UR-RAHMAN

Date: November 13, 2007   BASHAM PARKER LLP

By: _____
GARY R. BASHAM
SHANNA M. McDANIEL

Attorneys for Defendant
RADIOSHACK CORPORATION

[PROPOSED ORDER]

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private ADR

Deadline for ADR sessions is 90 days prior to the final pretrial conference.

IT IS SO ORDERED

Dated: _____   _____

United States District Judge