1  GARY R. BASHAM (SBN 130119)
   SHANNA M. McDANIEL (SBN 229249)
2  BASHAM PARKER LLP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 925-5850
4  Facsimile:  (916) 925-5854

5  Attorneys for Defendant
   RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive,<br><br>            Defendants. | Case No. C 5:07- cv - 04427 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Date:         December 4, 2007<br>Time:        2:00PM<br>Courtroom: 5<br>Before:      Magistrate Judge<br>                   Patricia V. Trumbull |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date:  November 27, 2007           BASHAM PARKER LLP


                                   By:  /s/ Shanna M. McDaniel
                                        GARY R. BASHAM
                                        SHANNA M. McDANIEL

                                        Attorneys for Defendant
                                        RADIOSHACK CORPORATION