# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: January 25, 2008

Case No. C-07-04427-RMW          JUDGE: Ronald M. Whyte

EISHA UR-RAHMAN          -v- RADIOSHACK CORPORATION
Title

Appeared                                    Appeared
Attorneys Present                           Attorneys Present

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

## PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following deadlines: Private mediation to be completed within 120 days of today. Jury Trial set for 12/8/08 @ 1:30 pm; Pretrial Conference set for 11/20/08 @ 2:00 pm; Joint Pretrial Statement due 11/14/08; Hearing on Dispositive Motions set for 10/10/08 @ 9:00 am; Discovery cutoff 8/1/08; Expert Discovery cutoff 8/29/08; Disclosure of Experts by 8/1/08. Discovery Limits: Depositions - 5 per side; Interrogatories - 25 per side; Request for Admissions - 21 per side; Document Request - no limit, but narrowly tailored. The parties are to have a settlement conference with the assigned magistrate prior to the pretrial conference. Defendant to prepare order following the conference.