*E-FILED - 2/21/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive,<br><br>         Defendants. | Case No. C 5:07- cv - 04427 RMW<br><br>**[] ORDER** |

A Case Management Conference was held in this matter on January 25, 2008, before the Honorable Ronald M. Whyte. Peter Lamberto appeared for Plaintiff and Shanna McDaniel appeared for Defendant. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefore, THE COURT ORDERS AS FOLLOWS:

**1.    Jurisdiction & Service of Process**

This court has jurisdiction regarding the Plaintiff's claims pursuant to 28 U.S.C. §§ 1332(a) and 1441(a). The Plaintiff does not contest jurisdiction or venue. Plaintiff served Defendant Radioshack Corporation ("Radioshack") on or about June 22, 2007.

**2.    Facts**

Radioshack employed Plaintiff as an Area Recruiting Manager between October 2004 and March 2007. On or about March 1, 2007, Plaintiff was laid off from her job. Plaintiff

claims she was laid off for reasons related to gender. Radioshack asserts that she was laid off for legitimate non-discriminatory reasons. Radioshack did not consider Plaintiff's gender when it laid her off.

**3.  Legal Issues**

Whether Radioshack's decision to lay off Plaintiff was in violation of public policy under California Fair Employment and Housing Act, Government Code § 12900 et. seq.

**4.  Motions**

Plaintiff does not expect to file any motions at this time. Defendant anticipates filing the following possible pre-trial motions: (1) Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication.

**5.  Amendment of Pleadings**

Plaintiff does not expect to amend her complaint at this time. Parties do not anticipate joinder of any additional parties. In addition, Defendants do not believe "DOE" defendants are proper in Federal Court.

**6.  Evidence Preservation**

The parties agreed to take steps to ensure evidence preservation.

**7.  Disclosures**

The parties meet and conferred regarding initial disclosure, early settlement, ADR process selection and discovery plan on November 7, 2007. Parties exchanged initial disclosures as required by Fed. R. Civ. P. § 26(a)(1).

**8.  Discovery**

Discovery is limited to five (5) depositions per party, twenty-one (21) requests for admissions, twenty-four (24) interrogatories, and thirty-two (32) requests for production per party. Depositions shall not exceed one (1) day of seven (7) hours with the exception of Plaintiff's deposition which may continue for a second day, if necessary.

**9.  Class Actions**

No class action is anticipated at this time.

///

**10.   Related Cases**

There are no related cases.

**11.   Relief**

Plaintiff requests actual, consequential and incidental financial losses, including, loss of earnings, employment benefits, and employment opportunities according to proof; for exemplary and punitive damages, attorneys' fees and costs, pre and post-judgment interest, cost of suit.  Based upon Plaintiff's Statement of Damages, Plaintiff requests $100,000 for pain and suffering, $100,000 for emotional distress, an unknown amount of future medical expenses, loss of earnings plus benefits and $1,000,000 in punitive damages.  Plaintiff further requests damages for lost earnings of $4,987 plus benefits per month from the date of termination in approximately April 2007.

**12.   ADR**

The parties agree to private mediation which shall be completed by May 23, 2008.

**13.   Other References**

The parties agree that this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**14.   Scheduling**

1. Private Mediation shall be completed by May 23, 2008;
2. Discovery shall be completed by August 1, 2008;
3. Experts disclosures shall be served by August 1, 2008;
4. Rebuttal Experts shall be served by August 8, 2008;
4. Expert discovery shall close on August 29, 2008;
5. Dispositive Motions shall be filed by October 10, 2008;
6. Joint Pre-Trial Conference statement shall be filed no later than November 14, 2008;
7. Pre-Trial Conference shall be held on November 20, 2008;
8. Trial of this matter is set for December 8, 2008.

/ / /

**15.    Trial**

Plaintiff has demanded a jury, and anticipates the trial of this matter will take 5 days.  Radioshack anticipates the trial will take 5 days if the trial is without a jury.  Radioshack anticipates a jury trial of this matter will take 6-7 days.

**16.    Disclosure of Non-Party Interested Entities or Persons**

Parties are unaware of any non-party interested entities or persons.

**IT IS SO ORDERED.**

Date: 2/21/08

*Ronald M. Whyte*
**The Honorable Ronald M. Whyte**

**PROOF OF SERVICE**

I, the undersigned declare:

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 701 University Avenue, Suite 220, Sacramento, CA 95825.

On February 7, 2008, I served the within:

**[PROPOSED] ORDER**

   X      by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Basham Parker LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.

           by depositing a true copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Basham Parker LLP for collection, addressed as set forth below.

   X      by sending a copy by facsimile to the person(s) at the address(es) and facsimile number(s) set forth below.

*<u>Attorney for Plaintiff:</u>*

Peter N. Lamberto
Lamberto & Kreger
160 West Santa Clara, Suite 1050
San Jose, California 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 7, 2008, at Sacramento, California.

                                            Suzanne McClintock

[] Order                                        5                            Case No. C 5:07- cv-04427 RMW