PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

Attorneys for Plaintiff Eisha Ur-Rahman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN<br><br>Plaintiff,<br><br>vs.<br><br>RADIOSHACK CORPORATION<br><br>Defendant.<br>_____ / | Case No. C 07-04427 RMW<br><br>**NOTICE OF MOTION AND MOTION TO ALLOW FILING OF FIRST AMENDED COMPLAINT [FRCP 15(a)]**<br><br>Date: May 23, 2008<br>Time: 9 a.m.<br>Dept.: 6<br>Trial Date: December 8, 2008 |

TO DEFENDANT RADIOSHACK AND ITS ATTORNEYS OF RECORD:

Please take notice that on May 23, 2008, at 9 a.m., or as soon thereafter as the matter may be heard in Department 6 of the above-entitled court, located at 280 S. First St., #2112, San Jose, CA, Plaintiff Eisha Ur-Rahman will move the court for an order allowing the filing of a First Amended Complaint pursuant to FRCP 15(a), on the ground that amendment would cure a defect in the pleadings about the theory of recovery, which should include a claim for violation by defendant of 29 CFR §825.214(a) and Cal Code Regs §7297.2, which statutes set forth the employee's right to be restored or reinstated to the same or similar employment position after returning from family/medical leave (pregnancy leave).

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Peter Lamberto and the exhibit

1  thereto in support of the motion, and the pleadings and papers filed herein.

2  Dated: April 15, 2008                                LAMBERTO & KREGER

                                                        By: /S/
                                                        _____
                                                        PETER N. LAMBERTO
                                                        Attorneys for Plaintiff Eisha Ur-Rahman

- 2 -