1  PETER N. LAMBERTO, State Bar No. 061813
   LAMBERTO & KREGER
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiff Eisha Ur-Rahman

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 EISHA UR-RAHMAN                         Case No. C 07-04427 RMW

                                           **Declaration of Counsel in
                Plaintiff,                 Support of Motion to Allow
                                           Filing of First Amended
   vs.                                     Complaint**

   RADIOSHACK CORPORATION                  Date: May 23, 2008
                                           Time: 9 a.m.
                Defendant                  Dept.: 6
   _____/

   I, Peter Lamberto, declare:

   1. I am an attorney at law licensed to practice before this court, and am counsel of record for plaintiff herein; the matters stated in this declaration are true of my own personal knowledge, and if called upon, I could and would competently testify to the matters stated herein;

   2. I believe the assertions set forth in the Statement of Facts of the Memorandum of Points and Authorities filed herewith in support of this motion to be true. Further, I have no dilatory motive in making this motion, and do not believe that the dates set forth in the case management order in this matter are affected this motion.

   3. Attached hereto as Ex. A is a true copy of the proposed First Amended

1  Complaint.  It attempts to state a cause of action for wrongful termination for
2  failure to return plaintiff to her employment position upon the completion of an
3  authorized maternity leave.  It expounds on the proposed amended complaint
4  transmitted to counsel for defendant in late February 2008, but concerns the
5  same underlying facts:  that plaintiff was "laid off" and not restored or reinstated to
6  her prior position with defendant upon the completion of authorized maternity
7  leave.
8       4.  Attached hereto as Ex. B is a true copy of the original complaint filed in
9  Santa Clara County Superior Court.
10      5.  I declare under penalty of perjury under the laws of the state of
11  California that the foregoing is true and correct, and that this declaration is made
12  April 17, 2008 in San Jose, CA.

13                                  _____/S/_____
                                    Peter N. Lamberto