GARY R. BASHAM (SBN 130119)
SHANNA M. McDANIEL (SBN 229249)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION, and DOES 1 to 50 inclusive,<br><br>　　　　　Defendants. | Case No. 5:07-cv-04427-RMW<br><br>**SHANNA M. MCDANIEL'S DECLARATION IN SUPPORT OF DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO ALLOWING FILING OF FIRST AMENDED COMPLAINT**<br><br>Hearing Date:　　June 13, 2008<br>Time:　　　　　　9:00 a.m.<br>Dept:　　　　　　6<br><br>Trial Date:　　　December 8, 2008 |

I, SHANNA M. MCDANIEL, declare as follows:

　　　　1.　　I am an attorney, duly licensed to practice law before all the courts of the State of California, and I am an associate with the law firm of BASHAM PARKER LLP, attorneys for Defendant RadioShack Corporation ("Defendant" or "RadioShack") in connection with this lawsuit.

　　　　2.　　I have personal knowledge of the matters stated herein and if called to testify on these matters, I could and would do so competently.

　　　　3.　　Plaintiff's filed her initial civil Complaint with the Santa Clara County Superior Court on or about May 16, 2007, which included as an exhibit a copy of Plaintiff's

1  Complaint of Discrimination filed with the California Department of Fair Employment and
2  Housing ("DFEH"). Attached hereto as **Exhibit A**, is a true and correct copy of the original
3  complaint including attached exhibits as served upon RadioShack on June 22, 2007.

4.  Attached hereto as **Exhibit B**, is a true and correct copy of excerpts of the deposition taken on April 2, 2008, by Gary Basham, partner of Basham Parker LLP.

5.  RadioShack removed Plaintiff's complaint from Santa Clara Superior Court to the United States District Court - Northern District of California on August 28, 2007.

6.  Plaintiff did not ask to amend her complaint at the November 7, 2007, Federal Rule of Civil Procedure 26(f) conference. I specifically asked whether Plaintiff intended to file any amendments to which she (through counsel) responded "No." Plaintiff did not express any intent to amend her Complaint in either of the two Joint Case Management Statements signed by Plaintiff's counsel on November 27, 2007, and January 18, 2008. Attached hereto as **Exhibit C,** is a true and correct copy of the Joint Case Management Statement dated November 27, 2007. Attached hereto as **Exhibit D,** is a true and correct copy of the Joint Case Management Statement dated January 18, 2008.

7.  This court amended the Case Management Scheduling Order on February 29, 2008, and limited the number of Request for Admissions, Interrogatories, and Requests for Production of Documents parties may propound. Attached hereto as **Exhibit E**, is a true and correct copy of the Amended Case Management Order dated February 29, 2008.

8.  I propounded written discovery on Plaintiff via 21 Requests for Admissions, 24 Interrogatories, and 34 Request for Production of Documents on January 2, 2008. Plaintiff's responses were served on February 27, 2008, and I reviewed those responses. On March 14, 2008, I sent correspondence to Plaintiff's counsel asking to resolve Plaintiff's incomplete discovery responses. Recently, Plaintiff's attorney provided only one Supplemental Response which asserts claims for retaliation for exercising rights under FMLA and CFRA, sex discrimination, violation of public policy and failure to reinstate Plaintiff. Attached hereto as **Exhibit F,** is a true and correct copy of Plaintiff's Supplemental Responses to Special Interrogatories.

9. RadioShack made diligent efforts and incurred substantial costs in engaging in discovery on Plaintiff's sex discrimination claim. I provided Plaintiff with thorough responsive documents and information in response to two sets of discovery. The first set was served on Plaintiff on March 5, 2008 and the second set was served on March 25, 2008. I prepared and RadioShack produced employer witness, Donetta Gunnells on April 1, 2008.

10. RadioShack is preparing for mediation and moving for summary judgment of Plaintiff's sex discrimination claim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of May, 2008, at Sacramento, California.

/S/ Shanna M. McDaniel
SHANNA M. MCDANIEL

---

DECLARATION IN SUPPORT OF DEFENDANT'S OPPOSITION TO OPPOSITION TO PLAINTIFF'S MOTION TO ALLOWING FILING OF FIRST AMENDED COMPLAINT   3   Case No. 5:07-cv-04427-RMW