PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

Attorneys for Plaintiff Eisha Ur-Rahman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN<br><br>Plaintiff,<br><br>vs.<br><br>RADIOSHACK CORPORATION<br><br>Defendant | Case No. C 07-04427 RMW<br><br>**Declaration of Plaintiff's Counsel in Support of Reply to Opposition to Motion to Allow Filing of First Amended Complaint**<br><br>Date: June 13, 2008<br>Time: 9 a.m.<br>Dept.: 6 |

I, Peter Lamberto, declare:

1. I am an attorney at law licensed to practice before this court, and am counsel of record for plaintiff herein; the matters stated in this declaration are true of my own personal knowledge, and if called upon, I could and would competently testify to the matters stated herein;

2. I believe the assertions set forth in the Statement of Facts of the Reply memorandum filed herewith in support of this motion to be true.

3. Attached hereto as Ex. A is a true copy of Exhibit 5 to the deposition of defendant human resources manager Donetta Gunnells, produced by defendant herein in response to discovery requests on or about March 5, 2008.

4. Attached hereto as Ex. B is a true copy of my letter to defense counsel of Feb. 21,

Declaration in support of Reply

1 | 2008, indicating an intention to amend the complaint, asking for a stipulation, and offering to
2 | allow defendant additional written discovery opportunities.  This letter was never responded
3 | to by defendant's counsel.

4. Attached hereto as Ex. C is a true copy of parts of the Gunnells deposition taken April 1, 2008, relating to the fact that the decision on how to rank plaintiff and others was made prior to the date shown on Ex. A hereto, during private, undocumented conversations with another Radioshack manager, Steve Bunker.

5. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration is made May 30, 2008 in San Jose, CA.

```
            /S/
     Peter N. Lamberto
```

Declaration in support of Reply         - 2 -

# Exhibit A

| | |
|---|---|
| **From:** | 0340 AHRD Donetta Gunnells [Donetta.Gunnells@radioshack.com] |
| **Sent:** | Friday, February 02, 2007 3:25 PM |
| **To:** | Steve Bunker |
| **Subject:** | ARM reviews |

As we discussed, I decided to rank my ARMs. It's difficult to recommend an ARM to a market without knowing the allotment or final markets. My area is unique in that I can reassign my ARMs in multiple combinations without relo. So its best to rank them. Keep in mind, that I have limited information on Michelle and Dennis and this is based on my limited interaction, so your input would be appreciated. By far, Rodger is my strongest ARM, and I believe Helen and Michelle come very close in their overall abilities, then Dennis and lastly Eisha. Reminder - Toni Fisher is terminated effective today.

Note: Ideally if I had to cut my ARMs, my area would be best served with no less than 4 ARMS due to its unique make up, challenges and needs.

1) Rodger Rosenberg -
Solid performer overall performer. Rodger is flexible and adaptable to any situation. Rodger is creative and has the ability to think out the box with innovative and customized recruiting solutions. He adds value to any market he services and has an unparalleled enthusiasm and commitment to his job. I can swing Rodger anywhere in the Bay Area and southern regions. Although most of his current markets may be low in turn, that's due to Rodger's tireless efforts to stay on top of all hots spots and maintain constant applicant flow.

2) Helen Dogias
Helen is a solid performer who is highly organized and resourceful, which are critical to the success of recruiting. In her short tenure, Helen has been able to significantly impact our diversity recruiting by finding and establishing effective diversity resources. Further, Helen has expanded our general recruiting contacts, built solid relationships and has signifcantly established our name recognition/branding in our local recruiting market. Helen is stellar with regard to proactive recruiting and building a pipeline of future quality candidates.

3) Michelle Alderete
I have gotten great feedback from each DM that she has supported. Michelle seems to be innovative, hard working and a team player. She is very knowledgeable with regards to recruiting and RadioShack infrastructure. Michelle has done a great job training hiring managers on interviewing and recruiting skills. She is certainly a team player, and highly flexible - all qualities consistent to the new company direction.

4) Dennis Edmondson
Dennis seems to be extremely knowledeable about his markets and has done a generaly good job establishing relationships with his DMs.

I have gotten good feedback from most of Dennis' DM's with a few areas for development. Mostly development would be to focus on communnication with DM's and fully grasp the concept that we are a support mechanism and the DM is our customer, Other than that, Dennis has been successful and certainly more than capable of doing a great job and brings much value. I had a coaching call with Dennis this week and am comfortable he is on board.

5) Eisha Ur-Rahman
I would consider keeping Eisha on if we had an allotment of 5 ARMS. She can certainly do the job, but is not the strongest comparitively. Eisha is very solid administratively with regards to understanding programs and policies in and out. However, her level of execution with regard to recruiting is average. Further, Eisha lacks the level of enthusiasm and commitment as compared to the top performing ARMs in my area. Eisha is less likely to go above and beyond, or proactively start projects or establish new resources. Again, however she has produced

solid results.

Donetta Gunnells
Area Human Resources Director – California
RadioShack Corporation
Office (925) 866-1126
Mobile (925) 525-9822
Donetta.Gunnells@RadioShack.com
www.jobsatradioshack.com

2/13/2008

# Exhibit B



160 West Santa Clara
Suite 1050
San Jose, CA 95113
phone: 408.999.0300
fax: 408.999.0301

Peter N. Lamberto
Attorney at Law

February 21, 2008

*Via fax and US Mail*

Shanna M. McDaniel
Basham Parker
701 University Ave., #220
Sacramento, CA 95825

    Re:    **Ur-Rahman v. Radioshack Corp.**

Dear Shanna:

In reviewing the complaint originally filed in Superior Court, I realize it now must be amended to include a cause of action for wrongful termination in retaliation for claimant's using FMLA and CFRA. (This claim is clearly made in the DFEH complaint served on you and your client last year.) The oversight in the pleadings was my mistake. The purpose of this letter is to advise you of this prior to any of the depositions being taken, which are not scheduled until early April. I do not anticipate any changes are necessary to the dates set forth in the recent Order regarding discovery or the December 2008 trial date. If you want to send additional limited written discovery on this issue, I would have no objection.

Will Defendant stipulate to the filing of the amended complaint, providing it comports to the above representation?

                                Very truly yours,

                                PETER N. LAMBERTO

# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

EISHA UR-RAHMAN,    )
                    )
        Claimant,   )
                    )   No. C 07-04427 RMW
vs.                 )
                    )
RADIOSHACK CORPORATION, AND )
DOES 1-50,          )
                    )
        Respondents. )
---

**CERTIFIED COPY**

DEPOSITION OF DONETTA JEVONNE GUNNELLS

Date:        April 1, 2008

Time:        10:13 A.M.

Location:    Lamberto & Kreger
             160 West Santa Clara Street
             Suite 1050
             San Jose, California   95113-2311

Reported by: Denise C. Shuey, CSR
             License No. CSR-6814

             *   *   *   *

10:58 AM
1  a list of this priority?
2      Q.   Right.
3      A.   No.
4      Q.   So when you saw this document last week, this
5  was news to you; right?
6      A.   That's correct.
7      Q.   Okay.
8           Now let me show you what's being marked as
9  Exhibit 5 to your deposition.  It's documents D296 and
10 297.
11          (Exhibit 5 was marked for identification.)
12 BY MR. LAMBERTO:
13     Q.   You authored this document; correct?
14     A.   Correct.
10:59 AM
15     Q.   And you understood, did you not, that this
16 document would be used to facilitate a decision about
17 who to lay off pursuant to a company intention to lay
18 people off?
19     A.   I'm sorry.  What do you mean by "facilitate"
20 specifically?
21     Q.   Well, you did this so someone could use your
22 ranking for some purpose; right?
23     A.   That's correct.
24     Q.   And that purpose had to do with layoffs that
25 were proposed; correct?

10:00 AM
1   A.   That's correct.
2   Q.   So you knew that -- I mean, had someone asked
3   you to do this?
4   A.   I believe so, yes.
5   Q.   Okay.
6        Was that Steve?
7   A.   Yes.
8   Q.   Okay.
9        Did you have a conversation with him about
10  making this list before you did the list?
11  A.   I don't recall specifically, but I'm pretty
12  sure that we did.
13  Q.   Well, do you recall generally what the
14  conversation was about?

11:00 AM
15  A.   We had numerous conversations.  In general, the
16  primary discussion was identifying what we thought the
17  geographical importance was as well as the need.  And
18  then at some point, we discussed ranking the ARM's as
19  well as taking into consideration their performance.
20  Q.   So this was a performance-based ranking?
21  A.   This particular document?
22  Q.   Right.
23  A.   Yes.
24  Q.   Okay.
25       Who made the decision about who was going to be

DEPONENT:  DONETTA JEVONNE GUNNELLS  4/1/08

11:27 AM
1  A.  That's correct.
2  Q.  Including Rodger and Eisha, I take it.
3  A.  That was my assumption at the time, yes.
4  Q.  Okay.
5      Did you ever have a contrary understanding to
6  that assumption about their ability to serve areas
7  without relocating?
8  A.  No.
9  Q.  Okay.
10     You state:
11     "So its (sic) best to rank them. Keep in mind,
12     that I have limited information on Michelle and
13     Dennis and this is based on my limited
14     interaction, so your input would be
15     appreciated."

11:28 AM
16     Now, when you made this list, were you working
17  off other documents, or did you just sit down at a
18  computer and start thinking about it and start typing?
19  A.  I don't recall using other documents. I had
20  discussions with Tom, and then I recall sitting down and
21  typing it.
22  Q.  Okay.
23     And in your discussions with Tom or Steve, did
24  the fact of Eisha's medical leave for her pregnancy even
25  come up?