1  PETER N. LAMBERTO, State Bar No. 061813
   LAMBERTO & KREGER
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301

Attorneys for Plaintiff Eisha Ur-Rahman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISHA UR-RAHMAN | Case No.: C-07-04427-RMW |
| Plaintiff, | **Notice of Continuance of Motion for Order to Allow filing of First Amended Complaint** |
| vs. | New Date: July 18, 2008 |
| RADIOSHACK CORPORATION, | Time: 9:00 a.m. |
| Defendant. | |

To all parties and their attorneys of record:

Please take notice that Plaintiff's pending Motion to Allow the Filing of a First Amended Complaint, noticed for June 13, 2008, has been continued by the Court to the date and time set forth above. The parties are to appear before the Hon. Ronald M. Whyte in courtroom #6, 4th floor of the U.S. District Courthouse, 280 South First St., San Jose, CA unless notified that the matter will be submitted without argument.

Dated: June 12, 2008            LAMBERTO & KREGER


                                By: _____
                                PETER N. LAMBERTO
                                Attorneys for Plaintiff Eisha Ur-Rahman

DECLARATION OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause. My business address is 160 West Santa Clara, Suite 1050, San Jose, California 95113. On June 12, 2008, I caused to be E-filed and served the attached **Notice of Continuance of Motion to Allow Filing of First Amended Complaint** on the parties in said cause as follows:

Shanna M. McDaniel
Basham Parker LLP
701 University Ave., # 220
Sacramento, CA 95825

[ xx ]  (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ xx ]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2008, at San Jose, California.

/S/
Peter Lamberto

1  PETER N. LAMBERTO, State Bar No. 061813
   LAMBERTO & KREGER
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiff Eisha Ur-Rahman
5

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 EISHA UR-RAHMAN                              Case No.: C-07-04427-RMW

12                                              **Notice of Continuance of
                   Plaintiff,                   Motion for Order to Allow filing
13                                              of First Amended Complaint**
   vs.
14                                              New Date: July 18, 2008
   RADIOSHACK CORPORATION,                      Time: 9:00 a.m.
15
                   Defendant.
16 _____/

17     To all parties and their attorneys of record:

18     Please take notice that Plaintiff's pending Motion to Allow the Filing of a

19 First Amended Complaint, noticed for June 13, 2008, has been continued by the

20 Court to the date and time set forth above. The parties are to appear before the

21 Hon. Ronald M. Whyte in courtroom #6, 4th floor of the U.S. District Courthouse,

22 280 South First St., San Jose, CA unless notified that the matter will be submitted

23 without argument.

24 Dated: June 12, 2008                         LAMBERTO & KREGER

25

26                                              By: _____
                                                    PETER N. LAMBERTO
27                                                  Attorneys for Plaintiff Eisha Ur-
                                                    Rahman
28

DECLARATION OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause. My business address is 160 West Santa Clara, Suite 1050, San Jose, California 95113. On June 12, 2008, I caused to be E-filed and served the attached **Notice of Continuance of Motion to Allow Filing of First Amended Complaint** on the parties in said cause as follows:

Shanna M. McDaniel
Basham Parker LLP
701 University Ave., # 220
Sacramento, CA 95825

[ xx ]   (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ xx ]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2008, at San Jose, California.

/S/
Peter Lamberto

- 2 -