UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-07-04427-RMW    JUDGE: Ronald M. Whyte

EISHA UR-RAHMAN    -V- RADIOSHACK CORPORATION
Title

B. Kreger    A. Parker
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION TO ALLOW FILING OF FIRST AMENDED COMPLAINT

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from the parties. The Court's tentative ruling is to grant the motion to amend. The Court extended the fact discovery cutoff date to 9/19/08. The Court may extend the dispositive motion cutoff date upon review of the current case schedule. The Court to send out a final ruling to the parties. The matter is deemed submitted.